# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-CR-14014–MIDDLEBROOKS/MAYNARD**

**UNITED STATES OF AMERICA,**

**v.**

S KD

**SILVERIO MORALEZ-CIFUENTEZ,**

**Defendant.**

_______________________________/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

I, **SILVERIO MORALEZ-CIFUENTEZ**, state that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to the sole count of the Indictment in this case, which count charges me with knowingly and unlawfully being found in the United States after having been previously deported and removed from the United States, without the express consent of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326(a). I am pleading guilty because I am in fact guilty of this charge.

## NATURE OF CHARGE TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charge to which I am pleading guilty because I have discussed the charge and what the prosecutor must prove to convict me with my attorney.

I understand that the United States must prove the following facts or elements of the offense beyond a reasonable doubt:

1. That I was an alien at the time stated in the Indictment;

2. That I was deported or removed from the United States;

3. That after having been deported or removed from the United States, I was found to be voluntarily back in the United States; and

4. That I did not have the consent of the Attorney General or the Secretary of Homeland Security of the United States to apply for readmission to the United States.

I further understand that an "alien" is a person who is not a natural-born or naturalized citizen, or a national of the United States.

**STIPULATED FACTS**

5. I am a native and citizen of Mexico. I am not a natural-born or naturalized citizen, or a national of the United States.

6. I was previously ordered removed from the United States by immigration officials, removed, and sent back to Mexico on or about March 16, 2018.

7. Thereafter, I voluntarily re-entered the United States. On or about May 2, 2018, I was again removed from the United States by immigration officials and sent back to Mexico.

8. Thereafter, I voluntarily re-entered the United States. On or about October 3, 2019, I was again removed from the United States by immigration officials and sent back to Mexico.

9. Thereafter, I voluntarily re-entered the United States. On or about November 4, 2019, I was convicted in the District of Arizona of violating Title 8, United States Code, Section 1325. Following my conviction, I was again removed from the United States by immigration officials and sent back to Mexico on or about November 28, 2019.

10. Thereafter, I voluntarily re-entered the United States. On or about December 17, 2019, I was convicted in the District of Arizona of violating Title 8, United States Code, Section 1325. Following my conviction, I was again removed from the United States by immigration officials and sent back to Mexico on or about on or about February 21, 2020.

11. Thereafter, I voluntarily re-entered the United States. On or about February 24, 2025, I was found in Martin County, Florida. I have never received consent from the Attorney General or the Secretary of Homeland Security for the United States to come back into the United States.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

Date: 5/14/25

MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

Date: 4/14/25

KAFAHNI NKRUMAH
ATTORNEY FOR DEFENDANT

Date: 4/14/25

SILVERIO MORALEZ-CIFUENTEZ
DEFENDANT

I, [illegible] translated the document to Mr. Morales-Cifuentez from English to Spanish.